**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLY ROBERTSON, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,**<br><br>**Defendant.** | **Case No.: 2:14-cv-01165-TLN-EFB**<br><br>**ORDER CONTINUING DISCOVERY COMPLETION DEADLINE**<br><br>Current Deadline: February 19, 2015<br><br>Requested Deadline: April 20, 2015 |

**IT IS HEREBY ORDERED THAT** the class discovery completion deadline in this case is continued from February 19, 2015 to April 20, 2015.

Dated: February 9, 2015

_____
Troy L. Nunley
United States District Judge

1
**AN ORDER CONTINUING DISCOVERY COMPLETION DEADLINE**