**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHELLY ROBERTSON, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,**<br><br>**Defendant.** | Case No.: 2:14-cv-01165-TLN-EFB<br><br>**ORDER CONTINUING DEADLINE TO DESIGNATE EXPERTS AND SERVE EXPERT REPORTS**<br><br>Current Deadline: March 19, 2015<br><br>Requested Deadline: May 19, 2015 |

**IT IS HEREBY ORDERED THAT** the class discovery completion deadline in this case is continued from March 19, 2015 to May 19, 2015.

Dated: March 18, 2015

_____
Troy L. Nunley
United States District Judge