# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBERTSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,<br><br>Defendant. | Case No.: 2:14-cv-01165-TLN-EFB<br><br>ORDER GRANTING JOINT REQUEST TO STAY ACTION PENDING MEDIATION |

Upon stipulation of the parties and good cause showing, it is hereby ORDERED that this action is stayed until June 19, 2015 to allow the parties to mediate the case. On or before July 3, 2015, the parties shall submit a status report apprising the Court of the results of mediation. Further, the parties shall concurrently submit a Joint Case Management Statement with proposals as to the rescheduling of any currently pending deadlines.

IT IS SO ORDERED.

Dated: April 7, 2015

Troy L. Nunley
United States District Judge